IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AASIM NASH,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | **NO. 24-CV-2437** |
| **PHILA. DISTRICT ATTY,** *et al.*, *Defendants* | : : : | |

**O R D E R**

**AND NOW**, this 18th day of June, 2024, upon consideration of Plaintiff Aasim Nash's Motion to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Complaint (ECF No. 1), and "Motion for How are you Going to Prosecute Mr. Aasim Nash for a or Many Mental Health Disorders" (ECF No. 5) it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, with prejudice,** for the reasons set forth in the Court's Memorandum.

4. The "Motion for How are you Going to Prosecute Mr. Aasim Nash for a or Many Mental Health Disorders" is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*